IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STACEY E. RILEY, | ) | No. C 07-5839 TEH (PR) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER DISMISSING COMPLAINT** |
| v. | ) | **AND INSTRUCTIONS TO THE** |
| | ) | **CLERK** |
| SGT. ALLISON HART, | ) | |
| | ) | (Docket No. 2) |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff, a prisoner of the State of California currently incarcerated at San Quentin State Prison, in Crescent City, California, has filed a civil rights complaint complaining about allegedly unconstitutional actions of police officers from Berkeley, California in pursuing rape charges against Plaintiff.  Plaintiff has also filed an application to proceed in forma pauperis, which is granted in a separate order filed simultaneously.  Plaintiff's complaint asserts the same cause of action that he raised in a prior case before this Court: Case No. C 07-4091 TEH (PR) which is currently pending in this Court. Therefore, the instant case is DISMISSED as duplicative of Plaintiff's earlier filed complaint.

**BACKGROUND**

In his complaint, Plaintiff alleges that the named Defendant police officers conspired to "frame Petitioner for a kidnap rape charge" and falsified evidence and testimony against Plaintiff at his state criminal trials, the charges of which he was ultimately acquitted.  The Court has reviewed the complaint in Plaintiff's earlier case, Case No. C 07-4091 TEH (PR) against the same four Defendants, alleging the same causes of action.

**ANALYSIS**

I    Standard of Review

Federal courts must engage in a preliminary screening of cases in which prisoners seek redress from a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a).  The Court must identify cognizable claims or dismiss the complaint, or any portion of the complaint, if the complaint "is frivolous, malicious, or fails to state a claim upon which relief may be granted," or "seeks monetary relief from a defendant who is immune from such relief." Id. § 1915A(b).  Pro se pleadings must be liberally construed, however.  Balistreri v. Pacifica Police Dep't, 901 F.2d 696, 699 (9th Cir. 1990).

II    Legal Claims

A complaint that merely repeats pending or previously litigated claims may be dismissed under the authority of 28 U.S.C. § 1915.  *Cato v. United States,* 70 F.3d 1103, 1105 n.2 (9th Cir. 1995); *Bailey v. Johnson,* 846 F.2d 1019, 1021 (5th Cir. 1988).  This action is duplicative of an earlier complaint filed in this Court that is currently pending. As such, Plaintiff's complaint is DISMISSED as duplicative and for failure to state a claim for relief.

**CONCLUSION**

For the foregoing reasons, Plaintiff's action is DISMISSED for failure to state a claim upon which relief may be granted.  28 U.S.C. § 1915A.  The Clerk of Court shall enter judgment and close the file.

SO ORDERED.

DATED:   11/29/07

THELTON E. HENDERSON
United States District Judge

2