" DOCUMENTS VERIFY ERROR'
WAS MADE BY U.S.D.C."

FILED

JAN 2 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stacey E. Riley #:F-86328
San Quentin State Prison
San Quentin, CA 94974

THANK You
S.R.
MAILED 1-13-08

C07-5839 TEH

CV07-05839 TEH

" ATTENTION R.B. ESPINOSA"

" DEAR CUNT CLERK, YOUR OFFICE SENT AN
ORDER TO SAN QUENTINS TRUST ACCOUNT OFFICE
TO SEND AN INITIAL FILING FEE OF $1.03 +
PLUS 20% OF MY ACCOUNT WHEN ITS WEN
TEN DOLLARS! & RECEIVED A $70.00 Dollar
MONEY TRANSFER ON 1-7-08! 20%, 14.00 Furteen
Dollers, " PLUS .41¢ Fur Stamped Envelope! Total 1.03 + 14.00 + .41¢
$15.44
(PLUS STAMP TO MAIL EQUALS 15.44) PLUS THE 1.03 WAS REMOVED! Total taken
$15.44 cent! CASE NUMBER, CV07-05839 Was Ruled
Dismissed on 11-29-07! Somehow, CV07-05839 WAS
GRANTED FOURMA PAUPERIS SOME DAY WHICH LED TO
THE WRONGFUL ORDER SENT BY THE CUNTS TO THE
SAN QUENTIN TRUST OFFICE! PLEASE RETURN THESE
FUNDS $15.44 IMMEDIATELY! Sincerely Stacey Riley F86328

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

STACEY E RILEY,

Plaintiff,

v.

ALLISON HURT et al,

Defendant.

_____/

Case Number: CV07-05839 TEH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 3, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Stacey E. Riley #:F-86328
San Quentin State Prison
San Quentin, CA 94974

Prison Trust Account Office
San Quentin State Prison
San Quentin, CA 94974

USDC- Finance Dept.

Dated: December 3, 2007

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### INSTRUCTIONS FOR PAYMENT OF PRISONER'S FILING FEE

The prisoner shown as the plaintiff or petitioner on the attached order has filed a civil action in forma pauperis in this court and owes to the court a filing fee. Pursuant to 28 U.S.C. § 1915, the fee is to be paid as follows:

The initial partial filing fee listed on the attached order should be deducted by the prison trust account office from the prisoner's trust account and forwarded to the clerk of the court as the first installment payment on the filing fee. This amount is twenty percent of the greater of (a) the average monthly deposits to the prisoner's account for the 6-month period immediately preceding the filing of the complaint/petition or (b) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint/petition.

Thereafter, on a monthly basis, 20 percent of the preceding month's income credited to the prisoner's trust account should be deducted and forwarded to the court each time the amount in the account exceeds ten dollars ($10.00). The prison trust account office should continue to do this until the filing fee has been paid in full.

If the prisoner does not have sufficient funds in his/her account to pay the initial partial filing fee, the prison trust account office should forward the available funds, and carry the balance forward each month until the amount is fully paid.

If the prisoner has filed more than one complaint, (s)he is required to pay a filing fee for each case. The trust account office should make the monthly calculations and payments for each case in which it receives an order granting in forma pauperis and these instructions.

**The prisoner's name and case number must be noted on each remittance.** The initial partial filing fee is due within thirty days of the date of the attached order. Checks should be made payable to Clerk, U.S. District Court and sent to Prisoner Accounts Receivable, U.S. District Court, 450 Golden Gate Avenue, Box 36060, San Francisco, CA 94102.

cc:     Plaintiff/Petitioner
        Finance Office

(rev. 5/96)

1

**ANALYSIS**

2    I    Standard of Review

3         Federal courts must engage in a preliminary screening of cases in which prisoners

4    seek redress from a governmental entity or officer or employee of a governmental entity.

5    28 U.S.C. § 1915A(a). The Court must identify cognizable claims or dismiss the

6    complaint, or any portion of the complaint, if the complaint "is frivolous, malicious, or

7    fails to state a claim upon which relief may be granted," or "seeks monetary relief from a

8    defendant who is immune from such relief." Id. § 1915A(b). Pro se pleadings must be

9    liberally construed, however. Balistreri v. Pacifica Police Dep't, 901 F.2d 696, 699 (9th

10   Cir. 1990).

11   II    Legal Claims

12        A complaint that merely repeats pending or previously litigated claims may be

13   dismissed under the authority of 28 U.S.C. § 1915. *Cato v. United States,* 70 F.3d 1103,

14   1105 n.2 (9th Cir. 1995); *Bailey v. Johnson,* 846 F.2d 1019, 1021 (5th Cir. 1988). This

15   action is duplicative of an earlier complaint filed in this Court that is currently pending.

16   As such, Plaintiff's complaint is DISMISSED as duplicative and for failure to state a

17   claim for relief.

18                                         **CONCLUSION**

19        For the foregoing reasons, Plaintiff's action is DISMISSED for failure to state a

20   claim upon which relief may be granted. 28 U.S.C. § 1915A. The Clerk of Court shall

21   enter judgment and close the file.

22   SO ORDERED.

23   DATED: _1/29/07_

24

25

26   THELTON E. HENDERSON
     United States District Judge

27

28                                            2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STACEY E. RILEY,                      )         No. C 07-5839 TEH (PR)
                                      )
          Plaintiff,                  )         ORDER GRANTING
                                      )         LEAVE TO PROCEED IN
     v.                               )         FORMA PAUPERIS
                                      )
SGT. ALLISON HART,                    )         (Docket No. 2)
                                      )
          Defendant.                  )
                                      )
_____   )

          Plaintiff has filed an application for leave to proceed in forma pauperis

under 28 U.S.C. § 1915 (docket no. 2). The motion is GRANTED (docket no. 2).

The total filing fee due is $350.00 and, in light of Plaintiff's lack of funds, an

initial partial filing fee in the amount of $1.30 is due at this time. See 28 U.S.C. §

1915(b)(1). A copy of this order and the attached instructions will be sent to the

Plaintiff, the prison trust account office, and the court's financial office.

SO ORDERED.

DATED: 11/29/07

THELTON E. HENDERSON
United States District Judge