FILED
JUN X 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(1)

5-27-08
TUESDAY - 8:00 am
Stacey Riley F86328

ORIGINAL SENT TO REGIONAL APPEALS
COPY SENT TO R.B. Espinsa, Deputy Court CLERK OF THE U.S.D.C. Northern District OF CALIFORNIA, 450 Golden Gate Avenue San Fran Calif. 94102

" EMERGENCY RESPONSE WARRANTED"

PERTAINING TO: ERRONEOUS ORDER OF FUNDS SENT BY FEDERAL COURTS TO SAN QUENTINS TRUST OFFICE FOR A DUPLICTIOUS RULING ON 11-29-07! THAT DAY, COMPLAINT NUMBER C 07-5839 TEH (PR) WAS SIMULTANEOUSLY DISMISSED AS A DUPLICATE OF MY CONTROLLING PENDING CASE C 07-4091 TEH (PR)! See ATTACHED PAPERWORK! C 07-4091 TEH (PR) IS Numerically Before C 07-5839 TEH (PR) AND PAPERWORK Attached TO 602 CLEARLY STATES IT WAS INSTANTLY DISMISSED" NEVER EXCEPTED" BECAUSE OF PRIOR CONTROLLING CASE Riley Versus Smith C 07 4091 TEH (PR)!

Somehow, that Same Day 11-29-07 Riley Versus Hart Which Had Been Instantly Dismissed Was Granted Forma Pauperis (Partial Payment Status) Unbeknowing To Me Since I WAS INformed The Case Riley Versus Hart Was Duplicative To Riley Versus Smith And Instantly "Dismissed Pursuant To Pending FEDERAL COURT JUDGE" Settlement Of Disposition Before THELTON HENDERSON!

ON 4-7-08, Judge Henderson Ruled Forma Pauperis COULD NOT BE GRANTED For Case C 07-4091-TEH (PR)! HE ORDERED MY FILE CLOSED PENDING FULL PAYMENT AND REFILE!

ON 5-22-08 I RECEIVED A TRUST STATEMENT THAT STATED MONEY WAS REMOVED FROM MY BOOKS ON 4-22-08 AND 5-19-08 (Total $31.40) AND SENT TO FEDERAL COURT! SINCE MY CASE WAS DISMISSED, Forma Pauperis DENIED AS A REPEAT FILER ON 4-8-08 I KNEW THERE WAS SOME

(2)

KIND OF MISTAKE MADE! I NOTIFIED TRUST AND WAS SUBSEQUENTLY ENLIGHTENED TO THE ERROR! THE TRUST OFFICE TOLD ME UNTIL CONTACTED BY THE FEDERAL COURTS (R.B. Espinosa Deputy Clerk) THEY WOULD CONTINUE TO ERRONEOUSLY SEND MY MUCH NEEDED MONEY TO FEDERAL COURTS! "READ FIRST LEVEL 602 RESPONSE!" IN SPITE OF THE PAPERWORK I HAVE IN MY POSSESSION, SAN QUENTIN TRUST IS FOLLOWING A FEDERAL COURT DIRECTIVE TO REMOVE FUNDS FROM MY ACCOUNT! SAN QUENTINS TRUST NEEDS IMMEDIATE Notification To STOP Sending MY MONEY R.B. ESPINOSA CAN EASILY RESEARCH CONFLICTING ORDERS ISSUED BY FEDERAL COURTS ON 11-29-07! I CANT OWE $350.00 FOR A CASE NEVER EXCEPTED!! I WOULD HAVE GLADLY PAID THE MONEY TO PURSUE MY LAWSUIT! C 07 4091 TEH (PR) WAS PENDING WHEN C 07 5839 TEH (PR) WAS DISMISSED AS DUPLICATIVE OF C 07 4091 TEH (PR) SO SAID IF JUDGE HENDERSON RULED (4-7-08) THAT AS A REPEAT FILER I WASNT ELIGIBLE FOR FORMA PAUPERIS, HOW THEN COULD IT BE GRANTED FOR A CASE INSTANTLY DISMISSED ON 11-29-07 AS DUPLICATIVE, YET GRANTED FORMA PAUPERIS! CLEAR CLERICAL ERROR! Case Given CONFLICTING DISPOSITIONS ON SAME DAY, 11-29-07! IF JUDGE RULED (4091) TEH COULD NOT RECEIVE FORMA PAUPERIS THEN (5839) TEH COULD NOT BE ALSO! PLUS, IT WAS INSTANTLY DISMISSED AS DUPLICATIVE! IM ERRONEOUSLY BEING CHARGED $350.00 FOR NOTHING SINCE I HAVE NOTHING PENDING IN FEDERAL COURT AS OF 4-7-08! FEDERAL COURT NEEDS TO RETURN ALL MONEY'S SENT TO THEM "A.S.A.P" FIRST, APPEALS AND COURT CLERK NEED TO CONVERSE ABOUT ERROR, AND ALL MONEYS RETURNED TO MY TRUST ACCOUNT THAT WAS ERRONEOUSLY SENT! Stacey Riley F86386

11-29-07 Case Was Dismissed # C07-5839 TEH-(PR Dismissed As Duplicative To Pending Case Number C07-4091 TEH-(PR) which was dismissed without prejudice on 4-7-08 File Closed Somehow, Forma Pauperis Granted on 11-29-07 also Same Day Case Dismissed Error because C07-4091 TEH (PR) WAS CONTROLLING & FORMA PAUPERIS was Denied!

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STACEY E. RILEY,

Plaintiff,

v.

SGT. ALLISON HART,

Defendant.

No. C 07-5839 TEH (PR)

(Docket No. 2)

Plaintiff, a prisoner of the State of California currently incarcerated at San Quentin State Prison in Crescent City, California, has filed a civil rights complaint complaining about allegedly unconstitutional actions of police officers from Berkeley, California in pursuing rape charges against Plaintiff. Plaintiff has also filed an application to proceed in forma pauperis, which is in a separate order filed simultaneously. Plaintiff's complaint asserts the same cause of action that he raised in a prior case before this Court, Case No. C 07-4091 TEH (PR) which is currently pending in this Court. Therefore, the instant case is DISMISSED as duplicative of Plaintiff's earlier filed complaint.

BACKGROUND

In his complaint, Plaintiff alleges that the named Defendant police officers conspired to "frame Petitioner for a kidnap rape charge" and falsified evidence and testimony against Plaintiff at his state criminal trials, the charges of which he was ultimately acquitted. The Court has reviewed the complaint in Plaintiff's earlier case, Case No. C 07-4091 TEH (PR) against the same four Defendants, alleging the same causes of action.

4 [illegible]

MAY 22 2008

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region 1. ______ 2. ______ Log No. 1. ______ 2. ______ Category ______

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Stacey Riley | F86328 | Sewage Plant | 1-H-87Low |

A. Describe Problem: READ ATTACHED COURT ORDER; PAGE 3 OF 3 Numbered Pages Shows That IF THE TRUST OFFICE Removed Money From My Books On 4-22-08 (TRANSACTION) W212 $15.40 Federal Filing Comment 4161 FEDFIL, AND 5-19-08 (TRANSACTION) W212 $16.40 FEDERAL FILING COMMENT 4524 FEDFIL THAT IT DID SO IN ERROR SINCE I HAVE NO PENDING ACTION IN FED COURT AFTER 4-7-08 PER JUDGES ORDER AND

If you need more space, attach one additional sheet. I OWE NO MONEY PERIOD!

B. Action Requested: PUT My Money Erroneously Sent To Federal Court Back On My Books) Total $31.80 From these two KNOWN Withdrawals! Conduct Whatever Necessary To Verify Money Not Owed By Me, AND Check For ANY OTHERS! ALSO, SEND NO MORE OF MY MONEY! EARLIER

Inmate/Parolee Signature: Stacey Riley Date Submitted: 5-20-08

C. INFORMAL LEVEL (Date Received: 5/27/08)

Staff Response: Denied. Mr. Riley the Trust office is not collecting on Case #C07-04091 TEH(PR) against Officer Brendon Smith. Our office is currently collecting on Case # C 07-5839 TEH(PR) against Sgt. Allison Hart. (see attached) Mr. Riley, the Trust office will continue to collect on said case # until a court order is received stating to stop collection on account.

Staff Signature: [signature] Date Returned to Inmate: 5/27/08

D. FORMAL LEVEL

If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Immediately STOP all collections for case # C-07 5839 Riley Versus Hart! Read Attached order, Riley Versus Hart was NEVER excepted by courts' Dismissed INSTANTLY as Duplicative to C074091 Riley Versus Smith! On 4-7-08 Riley Versus Smith Dismissed CLOSED my File; Mistaken Order Sent By Courts Contact Prisoner Accounts Receivable! 450 Golden Gate Avenue S.F. Calif. 94102 (R. B. ESPINOSA, COURT CLERK)

Signature: Stacey Riley Date Submitted: 5-27-08

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

PAGE 3, TRUST OFFICE VERIFIES YOU OWE AT LEAST $31.80 For 4-22-08 + 5-15-08 TRANSACTIONS! (1) I HAVE NO BUSINESS, OLD or New WITH THE FEDERALS COURTS! NOR DO I OWE ANY MONEY! Judge Henderson Told me To Refile And Pay $350.00 To Refile My Lawsuit when I see our Order Signed By Judge on 4-7-08, Mailed To me 4-8-08! Stacey RL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY E. RILEY, Plaintiff, vs. OFFICER BRANDON SMITH, et al, Defendants. | No. C 07-04091 TEH (PR) ORDER OF DISMISSAL PURSUANT TO 28 U.S.C. § 1915(g) (Docket No. 7) |

Plaintiff, a state prisoner currently incarcerated at San Quentin State Prison and a frequent litigant in the federal courts, has filed a pro se complaint under 42 U.S.C. § 1983 complaining about allegedly unconstitutional actions of police officers from Berkeley, California in pursuing rape charges against Plaintiff. Plaintiff did not pay the filing fee and seeks to proceed in forma pauperis under 28 U.S.C. § 1915. Because Plaintiff had at least three prior prisoner actions which were dismissed on the grounds that the claims were frivolous, malicious, or failed to state a claim upon which relief may be granted and because Plaintiff did not allege imminent danger of serious physical injury at the time he failed his complaint, the Court ordered Plaintiff to show cause why this action should not be dismissed pursuant to § 1915(g) or alternatively, to pay the full filing fee to avoid dismissal. Plaintiff filed an answer, desiring to proceed in forma pauperis.

The Prison Litigation Reform Act of 1995 ("PLRA") was enacted, and became effective, on April 26, 1996. It provides that a prisoner may not bring a

15 Rte

civil action in forma pauperis under 28 U.S.C. § 1915 "if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). Section 1915(g) requires that this Court consider prisoner actions dismissed before, as well as after, the statute's 1996 enactment. Tierney v. Kupers, 128 F.3d 1310, 1311-12 (9th Cir. 1997).

Here, Plaintiff has had three such cases dismissed by a federal court on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted: (1) Riley v. Warnok, Case No. 2:95 -cv-00830-WBS-JFM (E.D. Cal. Apr. 9, 1996) (order of dismissal for failure to state a claim); (2) Riley v. Smith, Case No. 3:03-cv-02098-TEH (N.D. Cal. Oct. 15, 2003) (order of dismissal for failure to state a claim); and (3) Riley v. Smith, Case No. 3:07-cv-01181-TEH (N. D. Cal. Mar. 7, 2007) (order of dismissal for failure to state a claim)[1]. See Andrews, 398 F.3d at 1120 (sometimes the docket records may be sufficient, and sometime the actual court files may need to be consulted).

In his answer, Plaintiff merely restates the substance of his claims in the cases listed above, asserting that "all had merit and were valid complaints." (Docket No. 14 at 1.) Plaintiff has failed to show that any of his three prior prisoner actions that were dismissed do not qualify as strikes under § 1915(g).

Because Plaintiff has had three prior dismissals and was not under

[1]The Court further notes that Plaintiff has additional cases that were dismissed by the United States District Court for the Eastern District of California for undetermined reasons, including: Riley v. Baskerville, Case No. 2:95-cv-1357 (E.D. Cal. Feb. 20, 1996), and Riley v. Solano State Prison, Case No. 2:96-cv-01664-LKK-DAD (E.D. Cal. Sept. 23, 1997).

(3)

imminent danger of serious physical injury at the time he filed the instant complaint, his request to proceed in forma pauperis (Docket No. 7) is DENIED, and the instant action is DISMISSED without prejudice to bringing it in a paid complaint.

The clerk shall enter judgment in accordance with this order and close the file.

SO ORDERED.

DATED: 4/7/08

THELTON E. HENDERSON
United States District Judge

Read Trust, My Complaint Was Dismissed by Judge (No Fault) WITHOUT PREJUDICE (ON 4-7-08) UNTIL I REFILE (WHICH I DID NOT) AND PAY A FULL $350.00 Filing Fee! I Owe No Money To Court! So ANY FUNDS REMOVED After 4-7-08 MUST BE REPLACED! MATTER OF FACT (Riley v Hurd) C07-5839 TEH (PR) ALL MONEY SENT AFTER 11-25-07 ERRONEOUS ORDER FOR FUNDS BY FEDERAL COURT NEED TO BE REIMBURSED!

I HAVE NO FEDERAL COURTS ISSUES PENDING! READ ACCOUNTING CONTRACT FEDERAL COURT, MONEY RECEIVABLE, COURT CLERK R.B. Espinosa! I DON'T OWE FEDERAL COURT NOTHING ON this

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Riley versus Hart

[illegible] E. RILEY, [illegible] TEH (PR)

Plaintiff,

v.

SGT. ALLISON HART,

[illegible]

Defendant.

---

Plaintiff, a prisoner of the State of California currently incarcerated at [illegible] Quentin [illegible] Prison in Crescent City, California [illegible] civil rights complaint complaining about allegedly unconstitutional [illegible] officers from Berkeley, California in pursuing rape charges against Plaintiff. Plaintiff has also filed an application to proceed *in forma pauperis*, which is [illegible] in a separate order filed simultaneously. Plaintiff's complaint asserts the same cause of action that he raised in a prior case before this Court (Case No. [illegible] TEH (PR)) which is currently pending in this Court. Therefore, the instant case is DISMISSED as duplicative of Plaintiff's earlier filed complaint.

Riley versus Smith

BACKGROUND

In his complaint, Plaintiff alleges that the named Defendant [illegible] officers conspired [illegible] "frame" [illegible] rape charge [illegible]

[illegible]

[illegible]

[illegible]

[illegible]

11-25-07 CASE INSTANTLY DISMISSED AS DUPLICATE OF Riley V Smith That Was Pending Court Clerk! THIS IS AN ERRONEOUS DUPLICITOUS DIRECTIVE COURT CLERK! CASE CAN NOT BE INSTANTLY DISMISSED AND GRANTED FORMA PAUPERIS SAME DAY!

DEC 1 8 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STACEY E. RILEY,

Plaintiff,

v.

SGT. ALLISON HART,

Defendant.

No. C 07-5839 TEH (PR)

ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS

(Docket No. 2)

Plaintiff has filed an application for leave to proceed in forma pauperis under 28 U.S.C. § 1915 (docket no. 2). The motion is GRANTED (docket no. 2). The total filing fee due is $350.00 and, in light of Plaintiff's lack of funds, an initial partial filing fee in the amount of $1.30 is due at this time. See 28 U.S.C. § 1915(b)(1). A copy of this order and the attached instructions will be sent to the Plaintiff, the prison trust account office, and the court's financial office.

SO ORDERED.

DATED: 11/29/07

THELTON E. HENDERSON
United States District Judge

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## INSTRUCTIONS FOR PAYMENT OF PRISONER'S FILING FEE

The prisoner shown as the plaintiff or petitioner on the attached order has filed a civil action in forma pauperis in this court and owes to the court a filing fee. Pursuant to 28 U.S.C. § 1915, the fee is to be paid as follows:

> The initial partial filing fee listed on the attached order should be deducted by the prison trust account office from the prisoner's trust account and forwarded to the clerk of the court as the first installment payment on the filing fee. This amount is twenty percent of the greater of (a) the average monthly deposits to the prisoner's account for the 6-month period immediately preceding the filing of the complaint/petition or (b) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint/petition.
>
> Thereafter, on a monthly basis, 20 percent of the preceding month's income credited to the prisoner's trust account should be deducted and forwarded to the court each time the amount in the account exceeds ten dollars ($10.00). The prison trust account office should continue to do this until the filing fee has been paid in full.

If the prisoner does not have sufficient funds in his/her account to pay the initial partial filing fee, the prison trust account office should forward the available funds, and carry the balance forward each month until the amount is fully paid.

If the prisoner has filed more than one complaint, (s)he is required to pay a filing fee for each case. The trust account office should make the monthly calculations and payments for each case in which it receives an order granting in forma pauperis and these instructions.

**The prisoner's name and case number must be noted on each remittance.** The initial partial filing fee is due within thirty days of the date of the attached order. Checks should be made payable to Clerk, U.S. District Court and sent to Prisoner Accounts Receivable, U.S. District Court, 450 Golden Gate Avenue, Box 36060, San Francisco, CA 94102.

cc: Plaintiff/Petitioner
Finance Office

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

STACEY E RILEY,

Plaintiff,

v.

ALLISON HURT et al,

Defendant.
_____________________________/

Case Number: CV07-05839 TEH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 3, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Stacey E. Riley #:F-86328
San Quentin State Prison
San Quentin, CA 94974

Prison Trust Account Office
San Quentin State Prison
San Quentin, CA 94974

USDC- Finance Dept.

Dated: December 3, 2007

R Espinosa
Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk

"ATTENTION" (U.S.D.C.) COURT CLERK AND REGIONAL APPEALS"

ALL MONEY SENT PERTAING TO THIS DIRECTIVE NEED TO BE PUT BACK ON MY BOOKS!

F86328
Stacey Riley
5-27-08