STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

**DIVISION OF ADULT OPERATIONS**
**CALIFORNIA STATE PRISON – SAN QUENTIN**
San Quentin CA 94964



June 23, 2008

Mr. R.B. Espinosa, Deputy Clerk
U.S. District Court for the
Northern District of California

FILED
JUN 24 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Mr. Espinosa,

The California State Prison at San Quentin is in receipt of the Court Order Granting Leave to Proceed In Forma Pauperis, No. C 07-5839, dated 11/29/07. This court document establishes a total filing fee of $350.00. See enclosed. We also have a copy of the Certificate of Service for Case # CV07-05839 regarding Stacey E. Riley #: F-86328, dated 12/3/07. Since receiving the In Forma Pauperis document from the Court the San Quentin Inmate Trust Office has begun collecting payment of inmate Riley's filing fee.

In a formal level complaint against the San Quentin Inmate Trust Office, inmate Riley contends that No. C 07-5839 is a duplicitous ruling based on the fact case number C 07-04091 was dismissed on 4/7/08 due to the fact that, "the Plantiff has had three prior dismissals, and his request to proceed in forma pauperis was denied." Inmate Riley believes that No. C 07-5839 is Dismissed as a duplicate.

Please advise me if No. C 07-5839 is a valid court case and the Court is due the $350.00 federal filing fee or provide us proof that this is a duplicitous ruling and refunds are due inmate Riley via the Northern District Court. I make note that this is a time sensitive complaint against the Inmate Trust Office by inmate Riley with a response date of 7/28/08.

Thank you for your cooperation in this matter.

If you have any questions or need further assistance, please contact me at (415) 455-5166.

*Larry Ward*

LARRY WARD
Sr. Accounting Officer
Inmate Trust Office
San Quentin, CA 94964

    Enclosures
    c: Stacey E. Riley, F-86328

11-29-07 CASE INSTANTLY DISMISSED AS DUPLICATE of Riley V Smith That was Pending Cuns Clerk|
DEC 1 8 2007
THIS IS AN ERRONEOUS DUPLICITOUS DIRECTIVE CUNT CLERIC| CASE CAN NOT BE INSTANTLY DISMISSED AND GRANTED FORMA PAUPERIS SAME DAY!

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY E. RILEY,<br><br>    Plaintiff,<br><br>   v.<br><br>SGT. ALLISON HART,<br><br>    Defendant. | No. C 07-5839 TEH (PR)<br><br>ORDER GRANTING LEAVE TO PROCEED <u>IN</u> <u>FORMA PAUPERIS</u><br><br>(Docket No. 2) |

Plaintiff has filed an application for leave to proceed in forma pauperis under 28 U.S.C. § 1915 (docket no. 2). The motion is GRANTED (docket no. 2). The total filing fee due is $350.00 and, in light of Plaintiff's lack of funds, an initial partial filing fee in the amount of $1.30 is due at this time. See 28 U.S.C. § 1915(b)(1). A copy of this order and the attached instructions will be sent to the Plaintiff, the prison trust account office, and the court's financial office.

SO ORDERED.

DATED: 11/29/07

THELTON E. HENDERSON
United States District Judge

(3 kv

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

STACEY E RILEY,

        Plaintiff,

v.

ALLISON HURT et al,

        Defendant.

Case Number: CV07-05839 TEH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 3, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Stacey E. Riley #:F-86328
San Quentin State Prison
San Quentin, CA 94974

Prison Trust Account Office
San Quentin State Prison
San Quentin, CA 94974

USDC- Finance Dept.

Dated: December 3, 2007

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk

"ATTENTION" (U.S.D.C.) COURT CLERK AND REGIONAL APPEALS"
" ALL MONEY SENT PERTAINING TO THIS
DIRECTIVE NEED TO BE PUT BACK ON
MY BOOKS!
                                      Stacey Riley F-86328
                                      5-27-08

*[Handwritten annotations at top:]* I HAVE NO FEDERAL COURTS ISSUES PENDING READ ACCOUNTING I DONT OWE FEDERAL COURT NOTHING ON this CONTACT FEDERAL COURT, MONEY RECEIVABLE, COURT CLERK R.B. ESPINOSA!

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*[Handwritten: Riley Versus Hart]*

STACEY E. RILEY,

    Plaintiff,

v.

SGT. ALLISON HART,

    Defendant.

No. C 07-5839 TEH (PR)

(Docket No. 2)

Plaintiff, a prisoner of the State of California currently incarcerated at San Quentin State Prison, in Crescent City, California, has filed a civil rights complaint complaining about allegedly unconstitutional actions of police officers from Berkeley, California in pursuing rape charges against Plaintiff. Plaintiff has also filed an application to proceed in forma pauperis, which is       in a separate order filed simultaneously. Plaintiff's complaint asserts the same cause of action that he raised in a prior case before this Court, Case No. C 07-4091 TEH (PR) *[handwritten: Riley Versus Smith]*, which is currently pending in this Court. Therefore, the instant case is DISMISSED as duplicative of Plaintiff's earlier filed complaint.

## BACKGROUND

In his complaint, Plaintiff alleges that the named Defendant police officers conspired to "frame Petitioner for a kidnap rape charge" and falsified evidence and testimony against Plaintiff at his state criminal trials, the charges of which he was ultimately acquitted. The Court has reviewed the complaint in Plaintiff's earlier case, Case No. C 07-4091 TEH (PR), against the same four Defendants, alleging the same causes of action.

*[Handwritten at bottom right: 4/bc]*

*[Handwritten annotations at top of page:]* PAGE 3, TRUST OFFICE, VERIFIES YOU OWE ME AT LEAST ① $31.80 For 4-22-08 + 5-15-08 TRANSACTIONS! ② I HAVE NO BUSINESS, OLD or New WITH THE FEDERAL COURTS! NOR DO I OWE ANY MONEY! Judge Henderson Told me To Refile And Pay $350.oo To Refile my Lawsuit when I set out) Order Signed by Judge on 4-7-08, mailed to me 4-8-08! Stacey R.
IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STACEY E. RILEY, | ) | No. C 07-04091 TEH (PR) |
| Plaintiff, | ) | |
| | ) | ORDER OF DISMISSAL PURSUANT TO 28 U.S.C. § 1915(g) |
| vs. | ) | |
| OFFICER BRANDON SMITH, et al, | ) | |
| Defendants. | ) | (Docket No. 7) |

    Plaintiff, a state prisoner currently incarcerated at San Quentin State Prison and a frequent litigant in the federal courts, has filed a pro se complaint under 42 U.S.C. § 1983 complaining about allegedly unconstitutional actions of police officers from Berkeley, California in pursuing rape charges against Plaintiff. Plaintiff did not pay the filing fee and seeks to proceed in forma pauperis under 28 U.S.C. § 1915. Because Plaintiff had at least three prior prisoner actions which were dismissed on the grounds that the claims were frivolous, malicious, or failed to state a claim upon which relief may be granted and because Plaintiff did not allege imminent danger of serious physical injury at the time he failed his complaint, the Court ordered Plaintiff to show cause why this action should not be dismissed pursuant to § 1915(g) or alternatively, to pay the full filing fee to avoid dismissal. Plaintiff filed an answer, desiring to proceed in forma pauperis.

    The Prison Litigation Reform Act of 1995 ("PLRA") was enacted, and became effective, on April 26, 1996. It provides that a prisoner may not bring a
15

1 civil action in forma pauperis under 28 U.S.C. § 1915 "if the prisoner has, on 3 or
2 more prior occasions, while incarcerated or detained in any facility, brought an
3 action or appeal in a court of the United States that was dismissed on the grounds
4 that it is frivolous, malicious, or fails to state a claim upon which relief may be
5 granted, unless the prisoner is under imminent danger of serious physical injury."
6 28 U.S.C. § 1915(g). Section 1915(g) requires that this Court consider prisoner
7 actions dismissed before, as well as after, the statute's 1996 enactment. Tierney
8 v. Kupers, 128 F.3d 1310, 1311-12 (9th Cir. 1997).

9 Here, Plaintiff has had three such cases dismissed by a federal court on the
10 grounds that they were frivolous, malicious, or failed to state a claim upon which
11 relief may be granted: (1) Riley v. Warnok, Case No. 2:95 -cv-00830-WBS-JFM
12 (E.D. Cal. Apr. 9, 1996) (order of dismissal for failure to state a claim); (2) Riley
13 v. Smith, Case No. 3:03-cv-02098-TEH (N.D. Cal. Oct. 15, 2003) (order of
14 dismissal for failure to state a claim); and (3) Riley v. Smith, Case No. 3:07-cv-
15 01181-TEH (N. D. Cal. Mar. 7, 2007) (order of dismissal for failure to state a
16 claim)[1]. See Andrews, 398 F.3d at 1120 (sometimes the docket records may be
17 sufficient, and sometime the actual court files may need to be consulted).

18 In his answer, Plaintiff merely restates the substance of his claims in the
19 cases listed above, asserting that "all had merit and were valid complaints."
20 (Docket No. 14 at 1.) Plaintiff has failed to show that any of his three prior
21 prisoner actions that were dismissed do not qualify as strikes under § 1915(g).

22 Because Plaintiff has had three prior dismissals and was not under

---

[1] The Court further notes that Plaintiff has additional cases that were dismissed by the United States District Court for the Eastern District of California for undetermined reasons, including: Riley v. Baskerville, Case No. 2:95-cv-1357 (E.D. Cal. Feb. 20, 1996), and Riley v. Solano State Prison, Case No. 2:96-cv-01664-LKK-DAD (E.D. Cal. Sept. 23, 1997).

2

(3)

1  imminent danger of serious physical injury at the time he filed the instant
2  complaint, his request to proceed in forma pauperis (Docket No. 7) is DENIED,
3  and the instant action is DISMISSED without prejudice to bringing it in a paid
4  complaint.
5      The clerk shall enter judgment in accordance with this order and close the
6  file.
7  SO ORDERED.
8  DATED: 4/7/08
                                    THELTON E. HENDERSON
9                                   United States District Judge

Read Trust, My Complaint Was Dismissed by Judge (No Fault) WITHOUT PREJUDICE (on 4-7-08) UNTIL I REFILE (WHICH I DID NOT) AND PAY A FULL $350.00 Filing Fee! I Owe No Money To Court So Any Funds Removed After 4-7-08 Must Be Replaced! Matter of Fact (Riley v Hort) C 07-5839 TEH (PR) All Money sent after 11-25-07 ↑ Erroneous order for funds by federal court need to be returned!